USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MALIK JACKSON,

                              Plaintiff,

                -v.-

ELDRIDGE HOSPITALITY, LLC et al.,

                              Defendants.

25 Civ. 757 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

This case has been assigned to this Court for all purposes. In the Court's experience,

cases of this nature often benefit from early mediation. To that end, by separate Order to be

entered today, the Court is referring this case to the Court-annexed Mediation Program.

SO ORDERED.

Dated:  April 1, 2025
        New York, New York

_____
JENNIFER H. REARDEN
United States District Judge